# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

BERGERON

VERSUS

LOFTON SECURITY

CIVIL ACTION

19-429-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 15, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's Rule 12(b)(6) *Motion to Dismiss* (Rec. Doc. 8) is hereby GRANTED, and the claims of Plaintiff against Lofton are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDER** Plaintiff's *Motion for Hearing* (Rec. Doc. 12) is hereby DENIED.

Signed in Baton Rouge, Louisiana on September 28, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 14.
[3] Rec. Doc. 15.